UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| GTO ACCESS SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. _____ |
| GHOST CONTROLS, LLC, JOSEPH KELLEY, ) | |
| RICHARD LACOMBE, HUNG NGUYEN, ) | |
| KEITH WILLIAMSON, AND MARK YOUNG, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF GTO ACCESS SYSTEMS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant GTO Access Systems, LLC hereby discloses that Nortek, Inc. is its parent corporation.  Nortek, Inc. is a publicly-traded company listed on the NASDAQ stock exchange.  No other publicly held corporation owns more than 10% of Defendant's stock.

Dated: June 16, 2016

Respectfully submitted,

*/s/ April Boyer*
April Boyer (Florida Bar No. 0168335)
K&L GATES LLP
Southeast Financial Center 200 S. Biscayne Blvd. Suite 3900
Miami, Florida 33131
Telephone: 305.539.3300
Facsimile: 305.358.7095
E-mail: april.boyer@klgates.com

Tara C. Clancy (Mass. Bar No. 567020)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Telephone: 617.261.3100
Facsimile: 617.261.3175
Email: tara.clancy@klgates.com

*Counsel for Plaintiff GTO Access Systems, LLC*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing shall be personally served upon the Defendants together with a Summons and the Complaint.

*/s/ April Boyer*