# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GTO ACCESS SYSTEMS, LLC,**

    Plaintiff,                        Case No. 4:16-cv-00355-WS-CAS

v.

**GHOST CONTROLS, LLC,
JOSEPH KELLEY,
RICHARD LACOMBE,
HUNG NGUYEN,
KEITH WILLIAMSON, AND
MARK YOUNG,**

    Defendants.
_____/

## DEFENDANT, GHOST CONTROLS, LLC CORPORATE DISCLOSURE STATEMENT

Defendant, GHOST CONTROLS, LLC, pursuant to Rule 7.1 Fed. R. Civ. P., by and through the undersigned counsel, hereby discloses that there is no parent company or publicly held corporation owning 10% or more of stock in Defendant, Ghost Controls, LLC.

Dated this 26th day of July 2016.

HENRY BUCHANAN, P.A.

*s/ J. Steven Carter*
J. STEVEN CARTER
Florida Bar No. 896152
scarter@henryblaw.com
MIRIAM R. COLES
Florida Bar No. 58402
mcoles@henryblaw.com
JOSEPH V. GARDNER
Florida Bar No. 111987
jgardner@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
Telephone:  (850) 222-2920
Facsimile:   (850) 224-0034
Attorneys for Defendants, *GHOST CONTROLS, LLC, JOSEPH KELLEY, RICHARD LACOMBE, HUNG NGUYEN, KEITH WILLIAMSON, AND MARK YOUNG*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of has been furnished via CM/ECF, which will automatically send e-mail documentation of such filing to all attorneys of record, on this 26th day of July 2016.

*s/ J. Steven Carter*
ATTORNEY