UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GTO ACCESS SYSTEMS, LLC,

    Plaintiff,

v.                                                   4:16cv355–WS/CAS

GHOST CONTROLS, LLC, JOSEPH
KELLEY, RICHARD LACOMBE,
HUNG NGUYEN, KEITH WILLIAMSON,
and MARK YOUNG,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 16) entered June 20, 2016. The magistrate judge recommends that the plaintiff's motions for temporary restraining order and preliminary injunction and to expedite discovery be denied. The plaintiff has filed objections to the report and recommendation, and the defendants have responded to those objections.

Having reviewed the magistrate judge's report and recommendation and the parties' submissions, the court concludes that the report and recommendation

should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. The plaintiff's motions for temporary restraining order and preliminary injunction (doc. 2) and for expedited discovery (doc. 3) are DENIED.

]   DONE AND ORDERED this   27th   day of   July  , 2016.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE